THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RIVERA, Appellant. [639 NYS2d 728]

There is no evidence in the record to support the defendant's contention that one of the jurors was coerced into making a decision to convict the defendant. Additionally, the court's *in camera* discussion with the juror, at the juror's request and out of the presence of the other jurors, was not inherently improper or coercive *(compare, People v Perfetto,* 96 AD2d 517).

The defendant's sentence was not excessive.

We have reviewed the defendant's remaining contentions and find no basis for reversal. Thompson, J. P., Joy, Hart and Florio, JJ., concur.